NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELSIS IN VITRO, INC.,**
*Plaintiff-Appellee,*

v.

**CELLZDIRECT, INC., AND
INVITROGEN CORPORATION**
*Defendants-Appellants.*

---

2010-1547

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-CV-4053, Judge Milton I. Shadur.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

## ORDER

CellzDirect, Inc. and Invitrogen Corporation (CellzDirect) submit a motion for a stay, pending appeal, of the preliminary injunction issued by the United States District Court for the Northern District of Illinois.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Celsis In Vitro, Inc. is directed to respond no later than October 8, 2010.

(2) The injunction is temporarily stayed, pending the court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

SEP 2 3 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jordan A. Sigale, Esq.
    Francis M. Wikstrom, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 3 2010

JAN HORBALY
CLERK